**Order entered November 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00629-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

# ORDER

The reporter's record in this appeal is overdue.  Accordingly, we **ORDER** court reporter

Glenda E. Finkley to file the record no later than November 29, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the

parties.

/s/    DAVID EVANS
       JUSTICE